IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CRAIG PRICE, II,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:21-cv-03683 |
| | § | |
| **VALVOLINE, LLC** | § | |
| | § | |
| Defendant. | § | |
| | § | |

### DEFENDANT'S APPENDIX IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT

Dated November 14, 2022        Respectfully submitted,

/s/ *Jeremy W. Hawpe*
Jeremy W. Hawpe
State Bar No. 24046041
jhawpe@littler.com
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Lock Box 116
Dallas, Texas 75201
214.880.8100
214.880.0181 Fax

ATTORNEY FOR DEFENDANT

2

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| A | Deposition Transcript of Craig Price, II |
| B | Declaration of Frank Harris |
| C | Attendance Guidelines<br>Valvoline (Price) 000001 |
| D | Performance Action Notice – Verbal Warning – December 30, 2019<br>Valvoline (Price) 000092 |
| E | Performance Action Notice – Written Warning – February 10, 2020<br>Valvoline (Price) 000091 |
| F | Performance Action Notice – Final Written Warning – May 4, 2020<br>Valvoline (Price) 000089 |
| G | Performance Action Notice – Written Warning – May 27, 2020<br>Valvoline (Price) 000087 |
| H | Performance Action Notice – Final Written Warning – June 2, 2020<br>Valvoline (Price) 000025-000026 |
| I | Corrective Action Notice – Termination<br>Valvoline (Price) 000067-000069 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of November, 2022, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, Houston Division, using the electronic case filing system of the court, as follows:

| | |
|---|---|
| Melissa B. Carr, Esq. | Lewis A. Zipkin |
| Chamberlain McHaney, PLLC | Kevin M. Gross |
| 901 S. Mopac Expressway | The Zipkin Whiting Bldg |
| Barton Oaks Building 1, Suite 500 | 3637 South Green Road |
| Austin, Texas 78746 | Beachwood, OH 44122 |
| mcarr@chmc-law.com | zfwlpa@aol.com |
| | kgross.zipkinwhiting@gmail.com |

                                           */s/ Jeremy W. Hawpe*
                                           Jeremy W. Hawpe