# EXHIBIT C

# Attendance Guidelines

**I.    Attendance Control Procedures**

1. All employees' attendance records will be assessed on a **rolling 12-month basis**.

2. Continuous days absent due to a verifiable illness will be considered as one instance for administration of this policy.  An instance equals one absence or two tardy/leave early events.  Early dismissal or time off without pay will be viewed as an unexcused absence under the following schedule:

   - Departure prior to completing a one- half shift will be counted as one (1) incident. ( *If approved by the plant manager or operations manager, if there is not enough work an early departure **MAY potentially** not be counted as an incident.*)
   - Departure after completing one-half shift will be counted as a one- half (1/2) incident.
   - Departure and return within four (4) hours to complete the shift will be counted as a one- half (1/2) incident.
   - Arriving after the start of the shift, or failure to be ready at the start of the shift, will be counted as a one- half (1/2) incident.
   - Calling off for your shift less than twenty-four (24) hours in advance will be counted as one (1) incident.

3. Corrective steps for attendance in a rolling twelve (12) month period are as follows:

   - Five instances         Verbal Warning
   - Six instances          Written Warning
   - Seven instances       Three Day Suspension
   - Eight instances       Termination

4. <u>All employees calling in ill must speak to a member of Operations Management **BEFORE** the beginning of their shift.  If a member of management is not available and the employee speaks with someone else, the employee must call back and speak directly with a member of Operations Management **BEFORE** the end of that shift.</u>

5. <u>If an employee is absent three (3) consecutive work days without personally contacting a member of Operations Management, the employee may be discharged.</u>

Paid sick leave is applied for your personal illness. You cannot use paid sick leave time for a family member who is ill.  You can use paid sick time for a physician's appointment if the procedure makes it unsafe to be at work.  Providing a physician's note does not remove the absence from the attendance policy point process.  The company may request a physician return to work note for any and all sick leave occurrences.

**II.    FMLA**

To apply for FMLA, you can go to [ HYPERLINK "http://www.mylincolnportal.com" ] or call 888-481-2455.  Absences that are covered under approved FMLA will not be part of the attendance policy point process.

**III.    Employee Assistance Program (EAP)**

Administered by Health Advocate

The Employee Assistance Program (EAP) is designed to help you and your family manage life's challenges from crisis situations to everyday concerns. This confidential service provides resources to help resolve personal problems that may be affecting your health, well-being, family life or job performance. You can contact EAP by phone at: 1-866-799-2728.  Their website is:  [ HYPERLINK "http://www.healthadvocate.com/valvoline" ]

**Effective date: January 21, 2020**