# EXHIBIT D

12/30/2019

# PERFORMANCE ACTION NOTICE

| EMPLOYEE NAME | EMPLOYEE NO. | DEPT./DIV. | LOCATION |
|---|---|---|---|
| Craig Price II | A533638 | Distribution | LaPorte, TX |
| IMMEDIATE SUPERVISOR/MANAGER | | SUPERVISOR/MANAGER'S MANAGER | |
| Dalan Motz | | Jerry Precise | |

Disciplinary Level: The following steps are general guidelines.

| LEVEL OF DISCIPLINE | | | |
|---|---|---|---|
| ☒ | Verbal Warning | ☐ | Final Written Warning |
| ☐ | Written Warning | ☐ | Termination |

**Current Incident Description and Supporting Details:** (Description of Incident with Date, Time and Location of occurrence, as well as Organizational Impact. Attach any supporting documents.)

October 18th 2019 – Text message sent to notify me at 11:28 you will not make it to work and again on 10-21
October 28th 2019 – Text message sent at 12:05 to notify me you will not make it to work
October 30th 2019 – You arrived for the 2:00pm start time then informed me you must leave for family issues and left by 2:15pm then called out the 31st and 1st
December 3rd 2019 – You text messaged you will not be able to make it in 12-2 and 12-4 were also missed
December 11th 2019 – You text messaged you would not be able to make it in to work
December 13th 2019 – You had 4 hours of vacation and requested per the policy to take that time, it was granted with the understanding you will work the front half of the day. You did not come in that day
December 17th 2019 – You stated you had to leave for family issues 2 hours and 45 min in to the shift
December 27th 2019 – Text message sent to notify me at 12:40 you would not be coming in

10

This is not in compliance with the attendance policy. The policy states calling off your shift with less than a 24 hour notice will be counted as 1 incident. Departure prior to completing one half shift will be 1 incident. As the attendance policy states after 5 incidents you will be given a verbal warning then each incident thereafter will have its elevation of consequence. This will be in on record for a 12 month period.

**Previous Disciplinary Action:** (Attach documentation)

| Level of Discipline | Date | Incident |
|---|---|---|
| Verbal Warning | 12/30/2019 | |
| | | |

## EMPLOYEE ACKNOWLEDGEMENT
This Document Was Issued Too Employee on {12/30/2019}

I have received a copy of this notification and it has been reviewed with me. I understand that failure to meet the expectations outlined above and sustain an acceptable level of performance moving forward may result in further disciplinary action, up to and including termination. I understand that if termination results, the Company will provide me with only wages owing me to the date of termination.

_Craig Price II_  12-30-19            _[signature]_  12/30/19
**Employee Signature**  Date            **Mgr./Supervisor Signature**  Date

VALVOLINE (PRICE) 000092