# EXHIBIT E

02/10/2020

## PERFORMANCE ACTION NOTICE

| EMPLOYEE NAME | EMPLOYEE NO. | DEPT./DIV. | LOCATION |
|---|---|---|---|
| Craig Price II | A533638 | Distribution | LaPorte, TX |
| **IMMEDIATE SUPERVISOR/MANAGER** | | **SUPERVISOR/MANAGER'S MANAGER** | |
| Dalan Motz | | Robert Shelton | |

**Disciplinary Level: The following steps are general guidelines.**

| LEVEL OF DISCIPLINE | | | |
|---|---|---|---|
| ☐ | **Verbal Warning** | ☐ | **Three Day Suspension** |
| ☒ | **Written Warning** | ☐ | **Termination** |

**Current Incident Description and Supporting Details:** (Description of Incident with Date, Time and Location of occurrence, as well as Organizational Impact. Attach any supporting documents.)

**1-21-2020 – Late 16 minutes, accrued one- half (1/2) incident**
**2-4-2020 – Late 7 minutes, accrued one- half (1/2) incident**

**This is not in compliance with the attendance policy. The policy states: Arriving after the start of the shift, or failure to be ready at the start of the shift, will be counted as a one- half (1/2) incident.  This will be in on record for a 12-month period.**

**If there is an accumulation of 1 full incident the next level of escalation will be a 3-day un-paid suspension.**

**Previous Disciplinary Action:** Verbal Warning 12/30/2019 Document attached

| *Level of Discipline* | *Date* | *Incident* |
|---|---|---|
| Written Warning | 02/10/2020 | An accumulation of 1 incident in after a Verbal warning |
| | | |

## EMPLOYEE ACKNOWLEDGEMENT
### This Document Was Issued To Employee on {2/10/2020}

I have received a copy of this notification and it has been reviewed with me.  I understand that failure to meet the expectations outlined above and sustain an acceptable level of performance moving forward may result in further disciplinary action, up to and including termination.  I understand that if termination results, the Company will provide me with only wages owing me to the date of termination.

| _Craig Price II_ | _2-10-20_ | _RS_ | _2/10/2020_ |
|---|---|---|---|
| **Employee Signature** | **Date** | **Mgr. /Supervisor Signature** | **Date** |

VALVOLINE (PRICE) 000091