# EXHIBIT F

# PERFORMANCE ACTION NOTICE

Date: 5/1/2020

| EMPLOYEE NAME | EMPLOYEE NO. | DEPT./DIV. | LOCATION |
|---|---|---|---|
| Craig Price II | A533638 | WHSE | La Porte |
| **IMMEDIATE SUPERVISOR/MANAGER** | | **SUPERVISOR/MANAGER'S MANAGER** | |
| Jeffrey Brown | | Frank Harris | |

Disciplinary Level: The following steps are general guidelines.

| LEVEL OF DISCIPLINE | | | |
|---|---|---|---|
| ☐ | Verbal Warning | ☒ | Final Written Warning |
| ☐ | Written Warning | ☐ | Termination |

**Current Incident Description and Supporting Details:** (Description of Incident with Date, Time and Location of occurrence, as well as Organizational Impact. Attach any supporting documents.)

Issue: Craig has reached **14.5** attendance incidents.

**28 April 2020- Sick**

Corrective action: Craig is receiving a final written warning and 3-day suspension for his continues attendance incidents. Additional incidents can lead to further disciplinary action up to and including termination.

**Previous Disciplinary Action:** (Attach documentation)

| Level of Discipline | Date | Incident |
|---|---|---|
| Verbal Warning | 30 December 2020 | Attendance Violation |
| 2nd Verbal Warning | 10 February 2020 | Attendance Violation |
| Written Warning | 10 February 2020 | Attendance violation |

## EMPLOYEE ACKNOWLEDGEMENT

This Document Was Issued Too Employee on {date issued goes here}

I have received a copy of this notification and it has been reviewed with me. I understand that failure to meet the expectations outlined above and sustain an acceptable level of performance moving forward may result in further disciplinary action, up to and including termination. I understand that if termination results, the Company will provide me with only wages owing me to the date of termination.

_Craig Price II_    5-4-20
Employee Signature    Date

_[signature]_    5.4.2020
Mgr./Supervisor Signature    Date

VALVOLINE (PRICE) 000089