# EXHIBIT G

**PERFORMANCE ACTION NOTICE**

Date: 05/27/2020

| EMPLOYEE NAME | EMPLOYEE NO. | DEPT./DIV. | LOCATION |
|---|---|---|---|
| Price, Craig | A533638 | WHSE | La Porte |
| IMMEDIATE SUPERVISOR/MANAGER | | SUPERVISOR/MANAGER'S MANAGER | |
| Jeffrey Brown | | Dalan Motz | |

Disciplinary Level: The following steps are general guidelines.

| LEVEL OF DISCIPLINE | | | |
|---|---|---|---|
| ☐ | Verbal Warning | ☐ | Final Written Warning |
| ☒ | Written Warning | ☐ | Termination |

**Current Incident Description and Supporting Details:** (Description of Incident with Date, Time and Location of occurrence, as well as Organizational Impact. Attach any supporting documents.)

Issue: On 5/27/20, at approximately 3:30pm CST, I instructed you go out to the floor with a radio and start checking inventory in the L, O and R lanes. I told you to take a radio so I could reach you once I received the inventory audit information you were going to need for the night. Additionally, everyone has been instructed to carry a radio for safety concerns. At approximately 4:45 pm there was tornado warning and everyone, except you, replied to the call to go to shelter in place. Another employee went back out to get you. Your actions violate both Failure to follow instructions and Failure to follow Safety guidelines.

Corrective action: Craig is receiving a written warning under performance. Additional incidents can lead to further disciplinary action up to and including termination of your employment.

**Previous Disciplinary Action:** (Attach documentation)

| Level of Discipline | Date | Incident |
|---|---|---|
| Verbal Warning | 7-23-19 | Failure to follow put away guidelines |
| | | |
| | | |

**EMPLOYEE ACKNOWLEDGEMENT**
This Document Was Issued To Employee on May 27, 2020,

I have received a copy of this notification and it has been reviewed with me. I understand that failure to meet the expectations outlined above and sustain an acceptable level of performance moving forward may result in further disciplinary action, up to and including termination. I understand that if termination results, the Company will provide me with only wages owing me to the date of termination.

Employee Signature _____ Date 5/27/20       Mgr./Supervisor Signature _____ Date 5/27/20

VALVOLINE (PRICE) 000087