# EXHIBIT H

## PERFORMANCE ACTION NOTICE

Date: 06/02/2020

| EMPLOYEE NAME | EMPLOYEE NO. | DEPT./DIV. | LOCATION |
|---|---|---|---|
| Price, Craig | A533638 | WHSE | La Porte |
| **IMMEDIATE SUPERVISOR/MANAGER** | | **SUPERVISOR/MANAGER'S MANAGER** | |
| Jeffrey Brown | | Frank Harris | |

### Disciplinary Level: The following steps are general guidelines.

| | LEVEL OF DISCIPLINE | | |
|---|---|---|---|
| ☐ | **Verbal Warning** | ☒ | **Final Written Warning** |
| ☐ | **Written Warning** | ☐ | **Termination** |

**Current Incident Description and Supporting Details:** (Description of Incident with Date, Time and Location of occurrence, as well as Organizational Impact. Attach any supporting documents.)

Issues:   On 5/27/20, at approximately 8:45pm CST, Craig was in the warehouse wearing earbuds. Ear buds are prohibited in the warehouse and this topic was covered with you in May 2020. Secondly, Craig returned to work on 5/28/20 after he was given light duty working restrictions from Occ Med which included no lifting. Craig was lifting boxes when he was instructed to only QC and to work within his restrictions. Finally, on 5/28/20 at approximately 3:00 pm CST, Craig came into the Supervisor's office and while having a discussion with me, Jeff Brown, he began to raise his voice. I immediately put a stop to the behavior and later that same day Craig came and apologized but this type of insubordinate and disrespectful behavior will not be tolerated.   The above behaviors violate Company Guidelines and Safety procedures.

Corrective action:  Craig is receiving a 3-day Suspension/Final Written Warning under performance.   Additional incidents can lead to further disciplinary action up to and including termination of your employment.

**Previous Disciplinary Action:** (Attach documentation)

| Level of Discipline | Date | Incident |
|---|---|---|
| Verbal Warning | 7-23-19 | Failure to follow put away guidelines |
| Written Warning | 5-27-20 | Failure to follow Instructions and safety guidelines |
| | | |

### EMPLOYEE ACKNOWLEDGEMENT
### This Document Was Issued To Employee on June 02, 2020,

I have received a copy of this notification and it has been reviewed with me.  I understand that failure to meet the expectations outlined above and sustain an acceptable level of performance moving forward may result in further disciplinary action, up to and including termination.  I understand that if termination results, the Company will provide me with only wages owing me to the date of termination.

| *Employee Signature* | *Date* | *Mgr. /Supervisor Signature* | *Date* |
|---|---|---|---|

CRII
I refused
to sign.

6-2-20

6/2/20
340pm

VALVOLINE (PRICE) 000025

I didn't lift any boxes (not a one box). I
Simply bended the box over! Since I've
been on light duty everyday I've been
asked when I'm cleared to work, and
I've repeatedly told Jeff that I'm following
doctors. I'm constantly being bothered and
was asked can I work on the receiving
dock. And I take my 15 minutes break
at 8:45, I simply stepped in the racks
(while on my 15 break walking) to the front.
The rules need to APPly to everyone,
and the nic-picking needs to stop.

VALVOLINE (PRICE) 000026