# EXHIBIT I

E-5716 – Corrective Action Notice (Rev. 5/9/2018)
Page 1

 **Corrective Action Notice**

## EMPLOYEE INFORMATION

| Employee's Name | Craig Price | | Employee ID (required) | A533638 |
|---|---|---|---|---|
| Title/Position | Loader / Puller | | Dept./Location | La Porte |

## MANAGER INFORMATION

| Immediate Supervisor's Name | Frank Harris | Manager ID (required) | A540398 |
|---|---|---|---|
| Title/Position | Plant Manager | | |

**Corrective Action Level:** The following steps are general guidelines. The list below contains examples of incidents that may lead to corrective action and is not all-inclusive. It is intended only as examples and is not intended to grant any other additional rights to an employee. Any or all step(s) may be skipped depending on the circumstances and severity of the incident.

### STEP 1 – LEVEL OF CORRECTIVE ACTION

| ☐ Verbal Warning | ☐ Written Warning | ☐ Final Written Warning | ☑ Termination |
|---|---|---|---|

### STEP 2 – CHOOSE A CATEGORY

☐ **Unsatisfactory Job Performance:** Failure to meet performance standards and expectations, failure to follow company processes or procedures, poor quality, quantity or timeliness of work output, unproductive work habits, misses deadlines, targets or goals, customer impact: goods/services don't meet minimum standards, lack of initiative/ not owning work tasks.

☑ **Unsatisfactory Attendance:** Recurring tardiness, late starts, early outs, absent without approved leave, failure to report off work properly and excessive absenteeism.

☐ **Unsatisfactory Behavior or Misconduct (Behavior that is unacceptable, violates company policy or is unlawful):** Failure to observe a standard of conduct that contributes to an orderly and productive workplace, failure to project a positive image in front of co-workers or customers, disrespectful behavior, arguing, being impolite, threatening or unprofessional, insubordination, uncooperative with others, coworker conflict, bullying, rarely helpful to the rest of the team in getting work done, not open to coaching or feedback, violation of any company rule, policy or regulation unlawful discrimination, harassment or retaliation, falsifying or misrepresenting information, borrowing company funds for any reason.

VALVOLINE (PRICE) 000067

E-5716 – Corrective Action Notice (Rev. 5/9/2018)
Page 2

| STEP 3 – DESCRIBE INCIDENT | |
|---|---|
| Date / Time of Incident | Monday, October 26, 2020 |

Description of Incident (Attach any supporting documents)

Craig called in which is resulting in an attendance occurrence. Due to Craig's current standing in attendance occurrences, Craig's employment with Valvoline is being terminated.

VALVOLINE (PRICE) 000068

E-5716 – Corrective Action Notice (Rev. 5/9/2018)
Page 3

### STEP 4 – PREVIOUS CORRECTIVE ACTION
### (Required if Applicable)

| Level of Corrective Action | Date | Incident |
|---|---|---|
| Verbal Warning | 12/30/2019 | Unsatisfactory attendance |
| Written Warning | 02/10/2020 | Unsatisfactory attendance |
| Final Written Warning | 5/1/2020 | Unsatisfactory attendance 3 Day Suspension. |
| | | |

### GUIDELINES TO ADDRESS ISSUE

1. Expectations

2. Measurable/Tangible Improvement Goals

3. Training or Special Direction to be provided

4. Employee's recommendation/s for improvement

Valvoline expects all its employees to adhere to an acceptable level of performance. Failure to improve and maintain a satisfactory level of performance may result in further corrective action, up to and including termination.

### EMPLOYEE ACKNOWLEDGEMENT

Signing this document verifies you have read and understood its contents. It does not indicate you necessarily agree with its contents.

| Employee Name (Print) | Craig Price | Employee ID | A533638 |
|---|---|---|---|
| Employee Signature | *Craig Price* | Date Signed | |
| Manager Name (Print) | *Frank Harris* | Manager ID | A340398 |
| Manager Signature | *[signature]* | Date Signed | 10/29/20 |

**OPTIONAL**

| Witness Name (Print) | | | |
|---|---|---|---|
| Witness Signature | | Date Signed | |

If Employee declines to sign please write "Declined to Sign" in the Employee Signature line.

**DOCUMENT REQUIREMENTS:**
- Give the employee a copy of this signed document
- Fax or email the signed document to HR Operations at fax 1-866-585-0164 (U.S. only) or email hr2UOperations@valvoline.com.