**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Craig Price, II | § § | |
| *versus* | § § | Case Number: 4:21−cv−03683 |
| Valvoline, LLC, et al. | § | |

## Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Docket Call and Trial

    Date and Time: March 3, 2023 at 1:30 p.m.

Date: March 2, 2023

                                                                                                      Nathan Ochsner, Clerk