IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRAIG PRICE, II, | § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | CIVIL ACTION NO. 4:21-cv-03683 |
| VALVOLINE, LLC | | |
| Defendant. | | |

### DECLARATION OF JEREMY W. HAWPE IN SUPPORT OF DEFENDANT'S ITEMIZED BILL OF COSTS

I, the undersigned Jeremy W. Hawpe, declare as follows:

1. My name is Jeremy W. Hawpe. I am over the age of 21 and fully competent to make this Declaration, which is based upon my personal knowledge.

2. I am an attorney with the law firm of Littler Mendelson, a professional corporation. My firm and I represent Defendant Valvoline, LLC.

3. In connection with my representation of Defendant in this case, I am responsible for managing the costs and fees incurred by Defendant in the above-captioned matter.

4. The Bill of Costs, to which this declaration is attached, is a summary of the reasonable and necessary costs incurred by Defendant. Each item is correct and the services for which fees have been charged were actually and necessarily performed. The total taxable costs are five thousand and four hundred and forty-seven dollars and seventy-six cents. (**$5,447.76**).

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: March 16, 2023            /s/ Jeremy W. Hawpe
                                                           Jeremy W. Hawpe