# EXHIBIT A

ADDENDUM TO BILL OF COSTS

|  |  |
|---|---|
| Subpoenas |  |
| WDS Legal | $1,959.35 |
|  |  |
| Transcripts |  |
| Barnes Video – Video | $1,482.50 |
| MG&H – Court Reporter | $844.60 |
| Usher Reporting – Court Reporter | $977.50 |
|  |  |
| Printing |  |
| Delphi Legal | $183.81 |
|  |  |
| Total | $5,447.76 |