# EXHIBIT A-1



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 704597 | 9/2/2022 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 73904.002 | 8/2/2022 | 4:21-CV-03683 |

**Case Name**

Craig Price, II vs. Valvoline, LLC

**Records Pertaining To**

CRAIG PRICE, II

Jeremy W. Hawpe
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201

Approved 9/9/22 6525 Don Ridenour

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FLEXSTEEL USA, LLC<br>HUMAN RESOURCES<br>C/O CAPITOL CORPORATE SERVICES, INC.<br>1501 S. MOPAC EXPRESSWAY, STE 220<br>AUSTIN, TX 78746 | Jeremy W. Hawpe<br>Littler Mendelson, P.C.<br>2001 Ross Avenue, Suite 1500<br>Dallas, TX 75201 | Client Matter No.: 109503.1002<br>Claim No.:<br>Insured:<br>D/O/L: |

CRAIG PRICE, II (Employment and Payroll Records)     18.00 Pages

| | | |
|---|---:|---:|
| Custodian Fee | | 35.40 |
| SUBPOENA FEE/WRITTEN QUESTIONS | | 75.00 |
| WITNESS FEE | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| FEDERAL NOTIFICATION | | 10.00 |
| ATTY NOTIFICATION FEE | | 12.00 |
| PROCESS SERVICE | | 65.00 |
| OVERNIGHT - STANDARD | | 19.95 |
| RECORD SCANS | 18.00 | 9.00 |
| **TOTAL DUE >>>** | | **$284.35** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Jeremy W. Hawpe
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201

Order No. : 73904.002         BU ID : 1-MAIN
Case No. : 4:21-CV-03683
Case Name : Craig Price, II vs. Valvoline, LLC

Invoice No. : 704597         Invoice Date : 9/2/2022
**Total Due : $ 284.35**

Remit To: **Written Deposition Service, LLC**
   **Attn: Hayley Brown/972-488-5555 x223**
   **1755 Wittington Place, Suite 750**
   **Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____    Phone#: _____
Billing Address: _____
Zip: _____    Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 704476 | 9/2/2022 | Net 30 |

| Order No. | Case No. |
|---|---|
| 73904.008 | 4:21-CV-03683 |

**Case Name**

Craig Price, II vs. Valvoline, LLC

**Records Pertaining To**

CRAIG PRICE, II

Jeremy W. Hawpe
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX  75201

Approved 9/9/22 6525 Don Ridenour

| Records From | Ordered By | Reference Info. |
|---|---|---|
| MRC GLOBAL<br>HUMAN RESOURCES<br>1301 MCKINNEY STREET, STE 2300<br>HOUSTON, TX  77010 | Jeremy W. Hawpe<br>Littler Mendelson, P.C.<br>2001 Ross Avenue, Suite 1500<br>Dallas, TX  75201 | Client Matter No.: 109503.1002<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| CRAIG PRICE, II (Employment and Payroll Records) | 12.00 | |
|     ADMINISTRATION/RESEARCH | | 25.00 |
|     OUT OF COUNTY FEE | | 18.00 |
|     FEDERAL NOTIFICATION | | 10.00 |
|     RECORD SCANS | 12.00 | 6.00 |
| | **TOTAL DUE  >>>** | **$59.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Jeremy W. Hawpe
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX  75201

Order No.    : 73904.008         BU ID      : 1-MAIN
Case No.     : 4:21-CV-03683
Case Name  : Craig Price, II vs. Valvoline, LLC

Invoice No. : 704476           Invoice Date  : 9/2/2022
**Total Due : $ 59.00**

Remit To:  **Written Deposition Service, LLC**
          **Attn: Hayley Brown/972-488-5555 x223**
          **1755 Wittington Place, Suite 750**
          **Dallas, TX  75234**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____    Phone#: _____
Billing Address: _____
Zip: _____    Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



WDSLegal
The Service of Excellence

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 704475 | 9/2/2022 | Net 30 |
| **Order No.** | **Case No.** | |
| 73904.007 | 4:21-CV-03683 | |
| **Case Name** | | |
| Craig Price, II vs. Valvoline, LLC | | |
| **Records Pertaining To** | | |
| CRAIG PRICE, II | | |

Jeremy W. Hawpe
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201

Approved 9/9/22 6525 Don Ridenour

| Records From | Ordered By | Reference Info. |
|---|---|---|
| MRC GLOBAL<br>HUMAN RESOURCES<br>1301 MCKINNEY STREET, STE 2300<br>HOUSTON, TX 77010 | Jeremy W. Hawpe<br>Littler Mendelson, P.C.<br>2001 Ross Avenue, Suite 1500<br>Dallas, TX 75201 | Client Matter No.: 109503.1002<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| CRAIG PRICE, II (Employment and Payroll Records) | 32.00 Pages | |
| Custodian Fee | | 35.40 |
| SUBPOENA FEE/WRITTEN QUESTIONS | | 75.00 |
| PROCESS SERVICE | | 65.00 |
| OVERNIGHT - STANDARD | | 19.95 |
| WITNESS FEE | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| FEDERAL NOTIFICATION | | 10.00 |
| ATTY NOTIFICATION FEE | | 12.00 |
| RECORD SCANS | 32.00 | 16.00 |
| **TOTAL DUE >>>** | | **$291.35** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Jeremy W. Hawpe
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201

Order No. : 73904.007    BU ID    : 1-MAIN
Case No. : 4:21-CV-03683
Case Name : Craig Price, II vs. Valvoline, LLC

Invoice No. : 704475    Invoice Date : 9/2/2022
**Total Due : $ 291.35**

Remit To: **Written Deposition Service, LLC**
Attn: Hayley Brown/972-488-5555 x223
1755 Wittington Place, Suite 750
Dallas, TX 75234

| **PAYMENT WITH CREDIT CARD** | AMEX | MC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:       Phone#: | | | |
| Billing Address: | | | |
| Zip:       Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

# INVOICE



WDSLegal
The Service of Excellence

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 709568 | 10/17/2022 | Net 30 |
| Order No. | Case No. | |
| 73904.001 | 4:21-CV-03683 | |

| Case Name |
|---|
| Craig Price, II vs. Valvoline, LLC |

| Records Pertaining To |
|---|
| CRAIG PRICE, II |

Jeremy W. Hawpe
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX  75201

Approved 10/21/2022                                   6525

| Records From | Ordered By | Reference Info. |
|---|---|---|
| NORTH SHORE STEEL<br>HUMAN RESOURCES<br>1566 MILES STREET<br>HOUSTON, TX  77015 | Jeremy W. Hawpe<br>Littler Mendelson, P.C.<br>2001 Ross Avenue, Suite 1500<br>Dallas, TX  75201 | Client Matter No.: 109503.1002<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| CRAIG PRICE, II (Employment and Payroll Records) | 54.00  Pages | |
| Custodian Fee | | 35.40 |
| SUBPOENA FEE/WRITTEN QUESTIONS | | 75.00 |
| WITNESS FEE | | 40.00 |
| PROCESS SERVICE | | 65.00 |
| OVERNIGHT - STANDARD | | 19.95 |
| OUT OF COUNTY FEE | | 18.00 |
| FEDERAL NOTIFICATION | | 10.00 |
| ATTY NOTIFICATION FEE | | 12.00 |
| RECORD SCANS | 54.00 | 27.00 |
| | TOTAL DUE  >>> | $302.35 |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Jeremy W. Hawpe
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX  75201

| | | | | |
|---|---|---|---|---|
| Order No. | : 73904.001 | BU ID | : 1-MAIN |
| Case No. | : 4:21-CV-03683 | | |
| Case Name | : Craig Price, II vs. Valvoline, LLC | | |
| Invoice No. | : 709568 | Invoice Date | : 10/17/2022 |
| **Total Due** | **: $ 302.35** | | |

**Remit To:**  Written Deposition Service, LLC
            Attn: Hayley Brown/972-488-5555 x223
            1755 Wittington Place, Suite 750
            Dallas, TX  75234

| PAYMENT WITH CREDIT CARD | AMEX  MC  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |



**WDSLegal**
*The Service of Excellence*

# I N V O I C E

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 713349 | 11/14/2022 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 73904.006 | 8/2/2022 | 4:21-CV-03683 |

| Case Name |
|---|
| Craig Price, II vs. Valvoline, LLC |

| Records Pertaining To |
|---|
| CRAIG PRICE, II |

Jeremy W. Hawpe
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX  75201

Approved 11/18/2022 _____6525

| Records From | Ordered By | Reference Info. |
|---|---|---|
| PLATEPLUS, INC.<br>HUMAN RESOURCES<br>C/O CORPORATION SERVICE COMPANY<br>211 E. 7TH STREET, STE 620<br>AUSTIN, TX  78701 | Jeremy W. Hawpe<br>Littler Mendelson, P.C.<br>2001 Ross Avenue, Suite 1500<br>Dallas, TX  75201 | Client Matter No.: 109503.1002<br>Claim No.:<br>Insured:<br>D/O/L: |

CRAIG PRICE, II (Employment and Payroll Records)

| | |
|---|---:|
| SUBPOENA FEE/WRITTEN QUESTIONS | 75.00 |
| WITNESS FEE | 40.00 |
| ATTY NOTIFICATION FEE | 12.00 |
| PROCESS SERVICE | 65.00 |
| OVERNIGHT - STANDARD | 19.95 |
| **TOTAL DUE  >>>** | **$211.95** |

Billed for work completed.

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Jeremy W. Hawpe
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX  75201

Order No.    : 73904.006         BU ID          : 1-MAIN
Case No.     : 4:21-CV-03683
Case Name  : Craig Price, II vs. Valvoline, LLC

Invoice No.  : 713349            Invoice Date  : 11/14/2022
**Total Due  : $ 211.95**

Remit To:  **Written Deposition Service, LLC**
           **Attn: Hayley Brown/972-488-5555 x223**
           **1755 Wittington Place, Suite 750**
           **Dallas, TX  75234**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# WDSLegal
## The Service of Excellence

# I N V O I C E

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 706293 | 9/20/2022 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 73904.005 | 8/2/2022 | 4:21-CV-03683 |

| Case Name |
|---|
| Craig Price, II vs. Valvoline, LLC |

| Records Pertaining To |
|---|
| CRAIG PRICE, II |

Jeremy W. Hawpe
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201

Approved 10/7/2022                                  6525

| Records From | Ordered By | Reference Info. |
|---|---|---|
| THREE L, INC.<br>HUMAN RESOURCES<br>C/O CORPORATION SERVICE COMPANY (CSC)<br>211 E. 7TH STREET, STE 620<br>AUSTIN, TX 77045 | Jeremy W. Hawpe<br>Littler Mendelson, P.C.<br>2001 Ross Avenue, Suite 1500<br>Dallas, TX 75201 | Client Matter No.: 109503.1002<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| CRAIG PRICE, II (Employment and Payroll Records) | 746.00 Pages | |
| Custodian Fee | | 35.40 |
| SUBPOENA FEE/WRITTEN QUESTIONS | | 75.00 |
| WITNESS FEE | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| FEDERAL NOTIFICATION | | 10.00 |
| ATTY NOTIFICATION FEE | | 12.00 |
| PROCESS SERVICE | | 65.00 |
| OVERNIGHT - STANDARD | | 19.95 |
| RECORD SCANS | 746.00 | 373.00 |
| | **TOTAL DUE >>>** | **$648.35** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Jeremy W. Hawpe
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201

Order No.   : 73904.005         BU ID      : 1-MAIN
Case No.    : 4:21-CV-03683
Case Name   : Craig Price, II vs. Valvoline, LLC

Invoice No. : 706293            Invoice Date : 9/20/2022
**Total Due  : $ 648.35**

Remit To: **Written Deposition Service, LLC**
Attn: Hayley Brown/972-488-5555 x223
1755 Wittington Place, Suite 750
Dallas, TX 75234

| PAYMENT WITH CREDIT CARD | AMEX MC VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# I N V O I C E



**WDSLegal**
*The Service of Excellence*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 713348 | 11/14/2022 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 73904.003 | 8/2/2022 | 4:21-CV-03683 |

| Case Name |
|---|
| Craig Price, II vs. Valvoline, LLC |

| Records Pertaining To |
|---|
| CRAIG PRICE, II |

Jeremy W. Hawpe
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX  75201

Approved 11/18/2022 _____6525

| Records From | Ordered By | Reference Info. |
|---|---|---|
| BRENNTAG SOUTHWEST, INC.<br>HUMAN RESOURCES<br>C/O CT CORPORATION SYSTEM<br>1999 BRYAN STREET, STE 900<br>DALLAS, TX  75201 | Jeremy W. Hawpe<br>Littler Mendelson, P.C.<br>2001 Ross Avenue, Suite 1500<br>Dallas, TX  75201 | Client Matter No.: 109503.1002<br>Claim No.:<br>Insured:<br>D/O/L: |

CRAIG PRICE, II (Employment and Payroll Records)
    SUBPOENA FEE/WRITTEN QUESTIONS     75.00
    WITNESS FEE     40.00
    HAND SERVICE OF SUBPOENA     35.00
    ATTY NOTIFICATION FEE     12.00

**TOTAL DUE  >>>**     **$162.00**

Billed for work completed.

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Jeremy W. Hawpe
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX  75201

Order No.   : 73904.003      BU ID      : 1-MAIN
Case No.    : 4:21-CV-03683
Case Name   : Craig Price, II vs. Valvoline, LLC

Invoice No. : 713348      Invoice Date : 11/14/2022
**Total Due  : $ 162.00**

Remit To: **Written Deposition Service, LLC**
          Attn: Hayley Brown/972-488-5555 x223
          1755 Wittington Place, Suite 750
          **Dallas, TX  75234**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____