# EXHIBIT A-2



# USHER REPORTING SERVICES
## Certified Shorthand Reporting

<span style="color:red">OK TO PAY  
JEREMY W. HAWPE #4223  
109503.1002</span>

**INVOICE NO.**      22-1305

October 3, 2022

Mr. Jeremy Hawpe  
Littler Mendelson  
2001 Ross Avenue  
Suite 1500  
Dallas, Texas 75201

  Re:  Civil Action No. 4:21-cv-03683; In the United States District Court for the Southern District of Texas Houston Division; *Craig Price, II vs. Valvoline.*

(O/1) ORAL DEPOSITION OF CRAIG PRICE, II            977.50  
Taken:  August 29, 2022

=======  
**Total Amount**      $   **977.50**

DUE UPON RECEIPT  
## THANK YOU FOR YOUR BUSINESS

Tax ID No:  20-4301964  
We accept all major credit cards.  
When paid by credit card, a 3% surcharge will be applied.  
Texas Government Code 52.059 applies to all invoices

**1326 Lochness Drive**                                  karen@usherreporting.com  
**Allen, Texas 75013**                                   www.usherreporting.com  
**(214) 755-1612**

# Invoice

**BARNES Video Group, LLC.**

1104 Western Boulevard
Arlington, TX 76013

| Date | Invoice # |
|---|---|
| 8/29/2022 | 5422 |

**Bill To**

Littler Mendelson
Jeremy Haupe
2001 Ross Avenue
Suite 1500
Dallas, Tx 75201

OK TO PAY
JEREMY HAWPE #4223
109503.1002

| Case name | Terms | Project |
|---|---|---|
| Price II v Valvoline | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 5 | Video Depo - Craig Price II | 125.00 | 625.00 |
| 2.5 | Encoding | 75.00 | 187.50 |
| 1 | Media | 110.00 | 110.00 |
| 1 | Postage and Delivery | 35.00 | 35.00 |

| Phone # | E-mail | Total |
|---|---|---|
| 214-533-4154 | barnesvideogroup@gmail.com | $957.50 |

# Invoice

**Barnes Video Group, LLC.**

1104 Western Boulevard
Arlington, TX 76013

OK TO PAY
JEREMY W. HAWPE #4223
109503.1002

| Date | Invoice # |
|---|---|
| 9/30/2022 | 5563 |

| Bill To |
|---|
| Littler Mendelson<br>Jeremy Hawpe<br>2001 Ross Avenue<br>Suite 1500<br>Dallas, Tx 75201 |

| Case name | Terms | Project |
|---|---|---|
| Price v Valvoline | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2.5 | Sync Files - Craig Price II | 75.00 | 187.50 |
| 1 | Upload | 50.00 | 50.00 |

| Phone # | E-mail | Total | |
|---|---|---|---|
| 214-533-4154 | barnesvideogroup@gmail.com | | $237.50 |

# Invoice

**BARNES Video Group, LLC.**

1104 Western Boulevard
Arlington, TX 76013

| Date | Invoice # |
|---|---|
| 2/3/2023 | 6041 |

Approved 2/23/23_____ 6525    C/M 109503.1002

**Bill To**

Littler Mendelson
Don Ridenour
2001 Ross Avenue
Suite 1500
Dallas, Tx 75201

| Case name | Terms | Project |
|---|---|---|
| PRice v Valvoline | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2.5 | Sync File - Craig Price II | 75.00 | 187.50 |
| 1 | RUSH UPLOAD | 100.00 | 100.00 |

214-533-4154          barnesvideogroup@gmail.com

**Total**    $287.50

**MORSE, GANTVERG & HODGE**

REGISTERED PROFESSIONAL REPORTERS

3681 GREEN ROAD, SUITE 209
BEACHWOOD, OHIO 44122
PHONE (216) 771-3350

**109503.1002
OK TO PAY JEREMY W.
HAWPE #4223**

JEREMY W. HAWPE, ESQ.
LITTLER MENDELSON
2001 ROSS AVENUE
SUITE 1500
DALLAS, TX  75201

INVOICE

109006

DATE           CLIENT

09/29/2022     2537

Re: CRAIG PRICE, II        VS.    VALVOLINE, LLC
                                   Client Ref. #: 4:21-cv-03683

Transcript Of DALAN MOTZ

  ORIGINAL                                              377.20
                                                     ==========
                                   Total Amount $       377.20

Please Make Checks Payable To:
MORSE, GANTVERG & HODGE
Federal Tax Id#: 81-1466227

PLEASE ENCLOSE COPY OF THIS INVOICE WITH YOUR PAYMENT
PAYABLE UPON RECEIPT

**MORSE, GANTVERG & HODGE**
REGISTERED PROFESSIONAL REPORTERS
3681 GREEN ROAD, SUITE 209
BEACHWOOD, OHIO 44122
PHONE (216) 771-3350

```
JEREMY W. HAWPE, ESQ.
LITTLER MENDELSON
2001 ROSS AVENUE
SUITE 1500                                                INVOICE
DALLAS, TX  75201
                                                          109069

  DATE              CLIENT

11/04/2022          2537

Re: CRAIG PRICE, II         VS.    VALVOLINE, LLC
                                   Client Ref. #: 4:21-cv-03683


 Transcript Of FRANK HARRIS

   ORIGINAL                                                467.40
                                                        ==========
                                        Total Amount $     467.40
```

```
              Please Make Checks Payable To:
                  MORSE, GANTVERG & HODGE
                Federal Tax Id#: 81-1466227


    PLEASE ENCLOSE COPY OF THIS INVOICE WITH YOUR PAYMENT
                  PAYABLE UPON RECEIPT
```