# EXHIBIT A-3

Delphi Legal Technologies
2001 Bryan Street, Suite 2120
Dallas, TX  75201
(214) 969-6844
www.delphilegal.com



# INVOICE

**BILL TO**
Littler, Mendelson, P.C.
2001 Ross Avenue, Suite 1500, Lock Box 116
Dallas, Texas  75201-2931

**INVOICE #** 2302-179
**DATE** 02/23/2023
**DUE DATE** 03/25/2023

Approved 2/24/2023 _____6525

| REF/CM/CASE | DELPHI CONTACT | CLIENT CONTACT |
|---|---|---|
| 109503.1002 | Barry Bray | Don Ridenour |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Document Printing - Black & White | 1,113 | 0.10 | 111.30T |
| Index Tabs | 54 | 0.25 | 13.50T |
| 3-Ring Binders - 3 Inch Clearview *Requested 2/23/23 | 3 | 15.00 | 45.00T |

If you have any questions, please contact
mbray@delphilegal.com.

PLEASE SEND ALL PAYMENTS TO:
P.O. Box 133026
Dallas, TX 75313-3026

| | |
|---|---:|
| SUBTOTAL | 169.80 |
| TAX | 14.01 |
| TOTAL | 183.81 |
| BALANCE DUE | **$183.81** |

Tax ID# 26-3612582 | If payment has already been sent, please disregard.